1
2
3
4
5
6
7

FILED
CLERK, U.S. DISTRICT COURT
AUG 2 2 2011
CENTRAL DISTRICT OF CALIFORNIA
BY                                 DEPUTY

NOTE CHANGES MADE BY THE COURT.

8       IN THE UNITED STATES DISTRICT COURT
9     FOR THE CENTRAL DISTRICT OF CALIFORNIA
10                 WESTERN DIVISION

| STACEY REESE, | EDCV 08-00706 SVW(MANx) |
|---|---|
| Plaintiff, | [~~PROPOSED~~] JUDGMENT |
| v. | Date:  August 1, 2011<br>Time:  1:30 p.m.<br>Courtroom: 6 |
| C/O LAZOYA, C/O DESOUSADIAS, AND SERGEANT AUTREY, | Judge:  The Honorable Stephen V. Wilson |
| Defendants. | Trial Date: September 6, 2011<br>Action Filed:  6/6/2008 |

The motion of Defendants C. Lozoya, C. De Sousa Dias and W. Autrey, for summary judgment and/or partial summary judgment, came before this Court for hearing. Deputy Attorney General Leena M. Sheet representing these named Defendants, and Todd M. Friedman representing Plaintiff Stacey Reese.

The court has considered the papers submitted in favor of and opposed to the motion, has reviewed the authorities cited by the parties, has reviewed the record in the case submitted and cited by the parties, and has considered the arguments of counsel.

1 | After considering the moving and opposing papers, and all other matters
2 | presented, this Court grants Defendants' motion for summary judgment ~~and/or~~
3 | ~~partial summary judgm~~ent and orders entry of judgment.
4 | IT IS ORDERED, ADJUDGED AND DECREED that judgment shall be
5 | entered in favor of Defendants C. Lozoya, C. De Sousa Dias, and W. Autrey, and
6 | against Plaintiff who shall take nothing by way of this action.

Dated: AUG 22 2011

_____
THE HONORABLE ~~STEPHEN V. WILSON~~
R. Gary Klausner

Proposed By:

KAMALA D. HARRIS
Attorney General of California
RENE L. LUCARIC
Supervising Deputy Attorney General

/s/ Leena M. Sheet
LEENA M. SHEET
Deputy Attorney General
*Attorneys for Defendants*
*C. Lozoya, C. De Sousa Dias and W. Autrey*